
UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

FILED
07 JUL 18 AM 9:51
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



USDC, Northern District of California
450 Golden Gate Avenue, 16th Floor, #1111
San Francisco, CA 94102

RE:     JAMES GONZALES vs. DIRECTOR OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
USDC No.:     2:07-CV-01135-LEW-EFB

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated July 02, 2007 , transmitted herewith are the following documents.

**Electronic Documents: 1 to 2.**

Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

Very truly yours,

July 2, 2007      /s/ **K. Engbretson**

Deputy Clerk

RECEIVED BY: _____
Please Print Name

DATE RECEIVED: _____

NEW CASE NUMBER: _____

I herby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U.S. District Court
Eastern District of California
By _____
Deputy Clerk
Dated 7/3/07

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES GONZALES,

    Plaintiff,

No. CIV S-07-1135 LEW EFB P

vs.

DIRECTOR OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

    Defendant.

ORDER
_____/

    Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. See 42 U.S.C. § 1983.

    The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

    Plaintiff alleges a violation of civil rights at Salinas Valley State Prison, located in Monterey County, California. Monterey County is located within the Northern District of

1

1 | California. Therefore, plaintiff's claim should have been filed in the United States District Court
2 | for the Northern District of California. In the interest of justice, a federal court may transfer a
3 | complaint filed in the wrong district to the correct district. See 28 U.S.C. § 1406(a); *Starnes v.*
4 | *McGuire*, 512 F.2d 918, 932 (D.C. Cir. 1974).
5 |     Accordingly, IT IS HEREBY ORDERED that:
6 |     1. This court has not ruled on plaintiff's request to proceed in forma pauperis; and
7 |     2. This matter is transferred to the United States District Court for the Northern District
8 | of California.
9 | Dated: July 2, 2007.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2